# EXHIBIT A

# STATEMENT

Town&Country INDUSTRIES
Wholesale Aluminum and Building Products

**REMIT TO:**
TOWN & COUNTRY
ONE ABC PARKWAY
SUITE #800
BELOIT, WI 53511-4466

(877)205-0743

STATEMENT

| MAIN ACCOUNT NO. | CUSTOMER NO. |
|---|---|
| 147419 | 147420 |
| **DATE** | **PAGE** |
| 11/30/24 | 1 of 2 |
| **AMOUNT DUE** | **105,048.29** |
| **PLEASE SHOW AMOUNT PAID** | |

GULF COAST PATIO
24599 OAK ISLAND DR
PASS CHRISTIAN MS 39571-8154

| DATE | PAGE |
|---|---|
| 11/30/24 | 1 of 2 |
| MAIN ACCT NO. | 147419 |
| CUST NO. | 147420 |

GULF COAST PATIO
24599 OAK ISLAND DR
PASS CHRISTIAN MS 39571-8154

PAYMENTS RECEIVED THIS MONTH
0.00
**************************************************************************************************************************

| DATE | TYPE | REF# | DUE | P.O. # | AMOUNT |
|---|---|---|---|---|---|
| 06/18/24 | INV | 33211523 | 07/18/24 | SHOP | 1,450.41 |
| 06/18/24 | INV | 33211680 | 07/18/24 | 13541 | 1,829.72 |
| 06/21/24 | INV | 33216134 | 07/21/24 | SHOP | 850.08 |
| 06/21/24 | INV | 33216672 | 07/21/24 | LUCEDALE | 1,230.16 |
| 06/21/24 | INV | 33217189 | 07/21/24 | 1313 S 11TH | 78.32 |
| 06/25/24 | INV | 33221429 | 07/25/24 | 2312 BRAOD | 1,142.08 |
| 06/26/24 | INV | 33224911 | 07/26/24 | 2312 | 125.55 |
| 06/26/24 | INV | 33225325 | 07/26/24 | BROAD MOORE | 11.75 |
| 06/26/24 | INV | 33221762 | 07/26/24 | 11524 | 940.40 |
| 06/26/24 | INV | 33223751 | 07/26/24 | SHOP | 7,203.08 |
| 06/26/24 | INV | 33223362 | 07/26/24 | SHOP | 2,422.14 |
| 06/28/24 | INV | 33227814 | 07/28/24 | DERWIN SHOP | 5,805.09 |
| 06/28/24 | INV | 33227766 | 07/28/24 | DERWIN | 1,662.73 |
| 06/28/24 | INV | 33226361 | 07/28/24 | 1058 | 1,931.44 |
| 06/28/24 | INV | 33229198 | 07/28/24 | SHOP | 7,733.24 |
| 06/28/24 | INV | 33229672 | 07/28/24 | 460 BEACH | 4,317.16 |
| 07/01/24 | INV | 33232864 | 07/02/24 | SHOP | (4,016.88) |
| 07/01/24 | INV | 33233018 | 07/02/24 | 460 BEACH | (2,452.48) |
| 07/01/24 | INV | 33233066 | 07/31/24 | BROAD STREET | 262.69 |
| 07/01/24 | INV | 33227319 | 07/31/24 | BRANDON | 1,948.72 |
| 07/01/24 | INV | 33231845 | 07/31/24 | SHOP | 4,017.41 |
| 07/02/24 | INV | 33232927 | 08/01/24 | SHOP | 3,861.70 |
| 07/02/24 | INV | 33233049 | 08/01/24 | 460 LONG | 2,404.01 |
| 07/02/24 | INV | 33232717 | 08/01/24 | BROADMOORE | 626.90 |
| 07/02/24 | INV | 33233107 | 08/01/24 | SHOP | 2,624.97 |
| 07/02/24 | C/M | 33234418 | | SHOP RETURNS | (267.80) |
| 07/05/24 | INV | 33235895 | 08/04/24 | SHOP | 1,451.71 |
| 07/05/24 | INV | 33235781 | 08/04/24 | DERWIN | 2,005.45 |
| 07/05/24 | INV | 33238400 | 08/04/24 | LUCEDALE | 2,280.63 |
| 07/05/24 | INV | 33234338 | 08/04/24 | MONROEVILLE | 1,640.68 |
| 07/08/24 | INV | 33238559 | 08/07/24 | DERWIN | 333.33 |
| 07/08/24 | INV | 33238198 | 08/07/24 | DERWIN | 1,233.92 |
| 07/08/24 | INV | 33238616 | 08/07/24 | HOUSE | 326.60 |
| 07/08/24 | INV | 33238237 | 08/07/24 | DERWIN | 2,553.48 |
| 07/08/24 | INV | 33238693 | 08/07/24 | DERWIN'S HOUSE | 773.61 |
| 07/10/24 | INV | 33241393 | 08/09/24 | SHOP | 261.17 |
| 07/10/24 | INV | 33241158 | 08/09/24 | SHOP | 2,849.47 |
| 07/10/24 | INV | 33243644 | 08/09/24 | 1522 HWY 22 | 1,972.38 |
| 07/10/24 | INV | 33244220 | 08/09/24 | 1524 HWY | 3,702.66 |
| 07/15/24 | INV | 33248076 | 08/14/24 | SHOP | 6,093.02 |
| 07/15/24 | INV | 33247317 | 08/14/24 | 15242 HWY | 2,569.68 |
| 07/16/24 | INV | 33251699 | 08/15/24 | LUCEDALE | 3,378.46 |
| 07/16/24 | INV | 33251087 | 08/15/24 | SHOP | 1,170.78 |
| 07/16/24 | INV | 33250977 | 08/15/24 | SHOP | 946.04 |

PLEASE IDENTIFY ITEMS PAID


| DATE | ✓ | REFERENCE NO. |
|---|---|---|
| 06/18/24 | | INV 33211523 |
| 06/18/24 | | INV 33211680 |
| 06/21/24 | | INV 33216134 |
| 06/21/24 | | INV 33216672 |
| 06/21/24 | | INV 33217189 |
| 06/25/24 | | INV 33221429 |
| 06/26/24 | | INV 33224911 |
| 06/26/24 | | INV 33225325 |
| 06/26/24 | | INV 33221762 |
| 06/26/24 | | INV 33223751 |
| 06/26/24 | | INV 33223362 |
| 06/28/24 | | INV 33227814 |
| 06/28/24 | | INV 33227766 |
| 06/28/24 | | INV 33226361 |
| 06/28/24 | | INV 33229198 |
| 06/28/24 | | INV 33229672 |
| 07/01/24 | | INV 33232864 |
| 07/01/24 | | INV 33233018 |
| 07/01/24 | | INV 33233066 |
| 07/01/24 | | INV 33227319 |
| 07/01/24 | | INV 33231845 |
| 07/02/24 | | INV 33232927 |
| 07/02/24 | | INV 33233049 |
| 07/02/24 | | INV 33232717 |
| 07/02/24 | | INV 33233107 |
| 07/02/24 | | C/M 33234418 |
| 07/05/24 | | INV 33235895 |
| 07/05/24 | | INV 33235781 |
| 07/05/24 | | INV 33238400 |
| 07/05/24 | | INV 33234338 |
| 07/08/24 | | INV 33238559 |
| 07/08/24 | | INV 33238198 |
| 07/08/24 | | INV 33238616 |
| 07/08/24 | | INV 33238237 |
| 07/08/24 | | INV 33238693 |
| 07/10/24 | | INV 33241393 |
| 07/10/24 | | INV 33241158 |
| 07/10/24 | | INV 33243644 |
| 07/10/24 | | INV 33244220 |
| 07/15/24 | | INV 33248076 |
| 07/15/24 | | INV 33247317 |
| 07/16/24 | | INV 33251699 |
| 07/16/24 | | INV 33251087 |
| 07/16/24 | | INV 33250977 |




www.tc-alum.com

# STATEMENT

Town&Country INDUSTRIES
Wholesale Aluminum and Building Products

**REMIT TO:**
TOWN & COUNTRY
ONE ABC PARKWAY
SUITE #800
BELOIT, WI 53511-4466

(877)205-0743

GULF COAST PATIO
24599 OAK ISLAND DR
PASS CHRISTIAN MS 39571-8154

| DATE | PAGE |
|---|---|
| 11/30/24 | 2 of 2 |
| MAIN ACCT NO. | 147419 |
| CUST NO. | 147420 |

| DATE | TYPE | REF # | DUE | P.O. # | AMOUNT |
|---|---|---|---|---|---|
| 07/16/24 | INV | 33251944 | 08/15/24 | SHOP | 1,337.74 |
| 07/16/24 | INV | 33253081 | 08/15/24 | SCREEN | 870.33 |
| 07/16/24 | INV | 33252713 | 08/15/24 | SHOP | 200.75 |
| 07/17/24 | INV | 33254779 | 08/16/24 | SHOP | 5,087.36 |
| 07/17/24 | INV | 33254950 | 08/16/24 | SHOP | 587.64 |
| 07/18/24 | INV | 33256394 | 08/17/24 | LUCEDALE | 1,927.50 |
| 07/18/24 | C/M | 33256023 | | SHOP | (359.03) |
| 07/18/24 | INV | 33256445 | 08/17/24 | SHOP | 3,053.20 |
| 07/18/24 | INV | 33257009 | 08/17/24 | SHOP | 1,452.85 |
| 07/18/24 | INV | 33257234 | 08/17/24 | SHOP | 437.37 |
| 07/18/24 | INV | 33257249 | 08/17/24 | SHOP | 211.39 |
| 07/19/24 | INV | 33260314 | 07/20/24 | | (1.39) |
| 07/22/24 | INV | 33262403 | 08/21/24 | CPU | 417.65 |
| 07/23/24 | INV | 33261601 | 08/22/24 | DERWIN | 52.21 |
| 07/31/24 | SVC | LATECHG | | | 573.38 |
| 08/31/24 | SVC | LATECHG | | | 1,478.42 |
| 09/30/24 | SVC | LATECHG | | | 1,478.42 |
| 10/31/24 | SVC | LATECHG | | | 1,478.42 |
| 11/30/24 | SVC | LATECHG | | | 1,478.42 |

105,048.29 AMOUNT DUE

HAPPY HOLIDAYS
We will be closed Dec. 24th, 25th, 31st and Jan. 1st

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 DAYS & OVER | ACCOUNT TOTAL |
|---|---|---|---|---|
| 1,478.42 | 0.00 | 1,478.42 | 102,091.45 | 105,048.29 |

TYPE KEY:
INV = INVOICE
C/M = CREDIT MEMO
ADJ = ADJUSTMENT
SVC = SERVICE CHARGE
PMT = PAYMENT POSTED
POA = PAYMENT ON ACCOUNT

NSF = NON-SUFFICIENT FUNDS
CTT = CREDIT TAKEN TWICE
DNE = DISCOUNT NOT EARNED
FGT = FREIGHT CHARGE DISPUTE
MFG = MANUFACTURER CREDIT
PPY = PROPERTY DAMAGE

PRD = PRODUCT DISPUTE
PRI = PRICING DISPUTE
QTY = QUANTITY DISPUTE
RST = RESTOCK CHARGE DISPUTE
TAX = TAX CODE DISPUTE

STATEMENT

| MAIN ACCOUNT NO. | CUSTOMER NO. |
|---|---|
| 147419 | 147420 |
| DATE | PAGE |
| 11/30/24 | 2 of 2 |

AMOUNT DUE ▶ **105,048.29**

PLEASE SHOW AMOUNT PAID

GULF COAST PATIO
24599 OAK ISLAND DR
PASS CHRISTIAN MS 39571-8154

PLEASE IDENTIFY ITEMS PAID

| DATE | ✓ | REFERENCE NO. |
|---|---|---|
| 07/16/24 | | INV 33251944 |
| 07/16/24 | | INV 33253081 |
| 07/16/24 | | INV 33252713 |
| 07/17/24 | | INV 33254779 |
| 07/17/24 | | INV 33254950 |
| 07/18/24 | | INV 33256394 |
| 07/18/24 | | C/M 33256023 |
| 07/18/24 | | INV 33256445 |
| 07/18/24 | | INV 33257009 |
| 07/18/24 | | INV 33257234 |
| 07/18/24 | | INV 33257249 |
| 07/19/24 | | INV 33260314 |
| 07/22/24 | | INV 33262403 |
| 07/23/24 | | INV 33261601 |
| 07/31/24 | | SVC LATECHG |
| 08/31/24 | | SVC LATECHG |
| 09/30/24 | | SVC LATECHG |
| 10/31/24 | | SVC LATECHG |
| 11/30/24 | | SVC LATECHG |

**PLEASE DETACH AT PERFORATION AND REMIT THIS PORTION TO:**

TOWN & COUNTRY 789
TOWN & COUNTRY
ONE ABC PARKWAY
SUITE #800
BELOIT WI 53511- 4466
(877)205-0743